UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Milton S. Jones,

          Petitioner,

v.

United States of America,
and G. Cooper, Acting Warden,

          Respondents.

Case No. 17-cv-1599 (WMW/KMM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the April 2, 2018 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 28.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having carefully reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.    The April 2, 2018 R&R, (Dkt. 28), is **ADOPTED**;

2.    Petitioner Milton S. Jones's petition under 28 U.S.C. § 2241 for a writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**;

3.    In light of this dismissal, Petitioner Milton S. Jones's remaining motions, (Dkts. 20, 23, 24, and 27), are **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 25, 2018

                                                      s/Wilhemina M. Wright
                                                      Wilhelmina M. Wright
                                                      United States District Judge